1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Eric Christopher Smith
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                        **WESTERN DIVISION**
9

10

11  ERIC CHRISTOPHER SMITH,           )  Case No.:  2:16-cv-04447-SS
                                      )
12                                    )  ORDER OF DISMISSAL
                Plaintiff,            )
13                                    )
          vs.                         )
14  CAROLYN W. COLVIN, Acting         )
15  Commissioner of Social Security,  )
                                      )
16              Defendant.            )
    _____   )

17

18
          The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
          IT IS SO ORDERED.
21
    DATE: 11/23/16                         /S/
22                                    _____
                                      THE HONORABLE SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

                                      -1-

DATE: November 17, 2016

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____

Denise Bourgeois Haley

Attorney for plaintiff Eric Christopher Smith

-2-

1

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:16-CV-04447-ODW-SS**

2

3

I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on November 17, 2016.

5

I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the CM/ECF system.

7

*/s/ Denise Bourgeois Haley*

8

_____

9

Denise Bourgeois Haley
Attorneys for Plaintiff

10

_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-